| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

ALBERT D. SEENO CONSTRUCTION COMPANY, ET AL.,

    Plaintiffs,

    v.

ASPEN INSURANCE UK LIMITED,

    Defendants.

Case No. 17-cv-03765-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 30, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: October 5, 2018.

DESIGNATION OF EXPERTS: 10/22/18; REBUTTAL: 11/9/18;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: December 14, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 18, 2019;
    Opp. Due: February 1, 2019; Reply Due: February 9, 2019;
    and set for hearing no later than February 22, 2019 at 10:00 AM.

PRETRIAL CONFERENCE DATE: April 2, 2019 at 3:30 PM.

JURY TRIAL DATE: April 15, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties have agreed to participate in private mediation and shall inform the Court of the name of the mediator selected by 10/26/17. The mediation session shall occur before 2/23/18.

The parties may file a stipulation regarding filing a separate cause of action for declaratory relief as to the question of whether Seeno's self-insured retentions can be satisfied by expenses Seeno paid, before it notified Aspen of a claim.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 10/16/17

SUSAN ILLSTON
United States District Judge