| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

ALBERT D. SEENO CONSTRUCTION, ET AL.,

Plaintiffs,

v.

ASPEN INSURANCE UK LIMITED,

Defendants.

Case No. 17-cv-03765-SI (SI)

**SECOND PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 7, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: March 16, 2019.

DESIGNATION OF EXPERTS: April 1, 2019; REBUTTAL: April 26, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: May 31, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; July 19, 2019;
    Opp. Due: August 2, 2019; Reply Due: August 9, 2019;
    and set for hearing no later than August 23, 2019 at 10:00 AM.

PRETRIAL CONFERENCE DATE: October 1, 2019 at 3:30 PM.

JURY TRIAL DATE: October 15, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall meet and confer to determine exactly what Special Master Mark Newton's process will be for the forensic accounting. The motion to continue the trial date (doc. No [49]) is moot as the court has continued the previously set litigation schedule.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 9/17/18

_____
SUSAN ILLSTON
United States District Judge