UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT D. SEENO CONSTRUCTION COMPANY, *et al*.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ASPEN INSURANCE UK LIMITED,<br><br>        Defendant. | Case No. 17-cv-03765-SI<br><br>**ORDER RE: SCOPE OF ACCOUNTING EXPERT'S WORK**<br><br>Re: Dkt. No. 54 |

The parties have filed a letter regarding a dispute over the scope of the work to be performed by the accounting expert in this case. Plaintiff seeks to include a proposed paragraph 14 which directs the expert "to calculate the outcome upon [four listed] issues under the Parties' respective coverage and legal theories, as described by each party . . . ." Dkt. No. 54. The listed issues include whether particular costs are covered by the insurance policies. Plaintiff asserts that the provision at issue will help the parties evaluate the consequences of their respective coverage arguments and will simplify any trial in this case. Defendant contends that the four questions involve legal determinations that are beyond the purview of an accounting expert.

The Court agrees with defendant and concludes that proposed paragraph 14 should not be included in the order appointing an accounting expert. It is the Court's view that the better course is for the parties to agree on what data should be provided to the expert, so the expert can make different agreed-upon calculations. Further, as defendant notes, there is a provision in the proposed order that permits the parties to consult with the expert on an *ex parte* basis and receive data runs under hypothetical scenarios, which will allow the parties to assess and evaluate positions and potential outcomes.

The parties shall meet and confer regarding a final proposed order and submit a stipulation

and proposed order no later than **October 19, 2018**.

**IT IS SO ORDERED**.

Dated: October 5, 2018

_____
SUSAN ILLSTON
United States District Judge