UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT D. SEENO CONSTRUCTION, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>ASPEN INSURANCE UK LIMITED,<br><br>Defendants. | Case No. 17-cv-03765-SI  (SI)<br><br>THIRD<br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 19, 2019 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: September 3, 2019.

DESIGNATION OF EXPERTS: October 4, 2019; REBUTTAL: October 18, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: November 15, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; November 22, 2019;
    Opp. Due: December 6, 2019; Reply Due: December 13, 2019;
    and set for hearing no later than December 20, 2019 at 10:00 AM.

PRETRIAL CONFERENCE DATE: February 19, 2020 at 3:30 PM.

JURY TRIAL DATE: March 2, 2020 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Counsel shall be prepared to discuss a motion schedule at the next case management conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 2/12/19

SUSAN ILLSTON
United States District Judge