UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT D. SEENO CONSTRUCTION COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ASPEN INSURANCE UK LIMITED,<br><br>Defendant. | Case No. 17-cv-03765-SI<br><br>**ORDER OF REFERRAL**<br>Re: Dkt. Nos. 76, 80 |

The parties have submitted a discovery dispute to the Court for resolution. Defendant Aspen contends that plaintiff ADSCO's responses to document requests are inadequate, and plaintiff asserts, *inter alia*, that defendant is seeking irrelevant documents and that the requests are overbroad and burdensome.

Contrary to this Court's standing order requiring a joint letter brief, the parties submitted separate letter briefs that in many respects do not respond to each other's arguments. The Court finds that the current briefing is inadequate, and that this matter is appropriate for referral to a Magistrate Judge for resolution.

Accordingly, this discovery dispute is hereby REFERRED to a Magistrate Judge. At this time, this referral is limited to this specific discovery dispute.

**IT IS SO ORDERED**.

Dated: May 16, 2019

_____
SUSAN ILLSTON
United States District Judge