UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALBERT D. SEENO CONSTRUCTION COMPANY, *et al*.,

Plaintiffs,

v.

ASPEN INSURANCE UK LIMITED,

Defendant.

Case No. 17-cv-03765-SI

**ORDER RE: DISCOVERY**

Re: Dkt. No. 108

On December 9, 2019, defendant filed a statement about a discovery dispute (Dkt. No. 108) that relates to some of Judge Kim's prior discovery orders, as well as the joint accounting expert. Defendant states that the discovery matters may impact the schedule in this case.

The Court determines that the most efficient course is for Judge Kim to address the pending discovery disputes at the upcoming December 16, 2019 hearing. After Judge Kim resolves those matters, the parties shall meet and confer about the impact, if any, on the pretrial schedule (including the joint accounting expert's schedule). The parties may then address proposed scheduling changes by stipulation if possible. If the parties cannot come to agreement, the parties will address scheduling changes in the the January 3, 2010 joint case management conference statement, and the Court will resolve those matters at the January 10, 2010 case management conference.

**IT IS SO ORDERED**.

Dated: December 9, 2019

_____
SUSAN ILLSTON
United States District Judge