| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

ALBERT D. SEENO CONSTRUCTION, ET AL.,

    Plaintiffs,

  v.

ASPEN INSURANCE UK LIMITED,

    Defendants.

Case No. 17-cv-03765-SI (SI)

**4th Amended
PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 10, 2020 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISPOSITIVE MOTIONS: September 4, 2020 at 10:00 AM.
(File by: July 31, 2020, Opp. Due: 8/14/20, Reply Due: 8/21/20)

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: to be set by Mag. Judge Kim.

DESIGNATION OF EXPERTS: 4/27/20; REBUTTAL: 5/15/20;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: June 5, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; October 16, 2020;
    Opp. Due: October 30, 2020; Reply Due: November 6, 2020;
    and set for hearing no later than December 20, 2019 at 10:00 AM.

PRETRIAL CONFERENCE DATE: December 15, 2020 at 3:30 PM.

JURY TRIAL DATE: January 4, 20201 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties will participate in another discovery conference before Magistrate-Judge Kim on January 27, 2020.

The Court continued the trial and anticipates that no further continuances will be granted.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 1/10/20

_____
SUSAN ILLSTON
United States District Judge