UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALBERT D. SEENO CONSTRUCTION
COMPANY, *et al*.,

Plaintiffs,

v.

ASPEN INSURANCE UK LIMITED,

Defendant.

Case No.   17-cv-03765-SI

**ORDER OF REFERRAL**

Re: Dkt. No. 147

The Court has previously referred particular discovery disputes to Magistrate Judge Kim. Defendant has filed a motion for discovery sanctions.   Dkt. Nos. 146-158.   The Court hereby REFERS this motion, and any other future discovery matters, to Judge Kim for resolution in the first instance.

**IT IS SO ORDERED**.

Dated: August 17, 2020

SUSAN ILLSTON
United States District Judge