UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT D. SEENO CONSTRUCTION COMPANY, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>ASPEN INSURANCE UK LIMITED,<br><br>Defendant. | Case No. 17-cv-03765-SI<br><br>**ORDER VACATING ALL CURRENT DEADLINES AND PRETRIAL SCHEDULE IN LIGHT OF SETTLEMENT**<br><br>Re: Dkt. No. 207 |

The parties have informed the Court that they have reached a settlement and they request that the Court vacate the current scheduling order and all upcoming deadlines and hearings. The Court GRANTS the parties' joint request and VACATES the scheduling order and upcoming deadlines and hearings. The Court will set a new schedule if the parties do not finalize the settlement within 30 days.

**IT IS SO ORDERED**.

Dated: October 28, 2020

_____
SUSAN ILLSTON
United States District Judge